USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/2023

# The Law Office of Noor A...

380 North Broadway, Penthouse ...
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-...
Email: NoorASaabLaw@gmail.com

October 11, 2023

**VIA: ECF**
Honorable Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

    Re:    <u>Janelys Hernandez v. Bohme, LLC</u> - **Case No. 1:23-cv-06320-PGG-KHP**

To the Honorable Judge Paul G. Gardephe,

    Plaintiff submits this letter motion respectfully requesting that the conference scheduled for October 12, 2023 be adjourned. The Plaintiff has been in communication with the Defendant. Early settlement discussions have commenced; however, the Defendant has not yet retained an attorney. Plaintiff has reached out to the Defendant regarding the upcoming conference; however, the Defendant has not responded to Plaintiff's inquiry. At this time, the Plaintiff respectfully requests that the conference be adjourned to a date no sooner than November 12, 2023 to allow the parties to discuss a possible early resolution or in the alternative, to allow the Defendant to retain counsel. The Plaintiff remains committed to good faith negotiations and amicably resolving the instant action without the need for further Court intervention. The Plaintiff humbly apologizes for not strictly adhering to Your Honor's Rules and Individual Practices by not alerting this Court sooner. This is the first time this relief is being requested and unfortunately, Plaintiff has not received a response to the consent to adjourning the conference.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*

---

The Complaint was filed on July 21, 2023 and the Court issued an electronic summons on July 24, 2023 but Plaintiff has not filed proof of service of the summons and complaint on the Defendant. Plaintiff's deadline to serve Defendant is **Thursday, October 19, 2023**. Plaintiff shall effectuate service by that date and file proof of service on the docket.

As the Defendant has not yet been served or made an appearance, **the conference previously scheduled on October 12, 2023 before the Undersigned is adjourned to January 11, 2024 at 11:00 a.m.** Because the Undersigned is referred for General Pretrial, Plaintiff shall address future letters regarding general pretrial issues such as scheduling to the Undersigned. Additionally, future requests for adjournment should be made at least 48 hours or 2 business days, whichever is greater, in advance of the conference.

Plaintiff is directed to mail a copy of this Order to the Defendant.

SO ORDERED:

*[signature]*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   10/11/2023